THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Adrian A.
 Allen, Appellant.
 
 
 

Appeal From Beaufort County
 Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2008-UP-526
 Submitted September 2, 2008  Filed
September 10, 2008   

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; Solicitor McDuffie Stone, III, of Hampton; for Respondent.
 
 
 

PER CURIAM: Adrian Allen appeals from his convictions for murder and possession of a weapon
 during the commission of a violent crime.  He argues the trial court erred in
 failing to instruct the jury on voluntary manslaughter.  Allens counsel
 attached to his brief a petition to be relieved, stating he reviewed the record
 and concluded this appeal lacks merit.  Allen filed a pro se brief asserting
 several additional issues.  After a thorough review of the record, counsels
 brief, and Allens pro se brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Allens appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
SHORT,
THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.